Cite as 2022 Ark. 20

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME COURT COMMITTEE ON SECURITY AND EMERGENCY PREPAREDNESS

**Opinion Delivered:** February 3, 2022

## PER CURIAM

The Honorable Candice Settle, Circuit Judge, of Van Buren is appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2023. The Honorable Chaney Taylor, State District Judge, of Batesville is appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2024. The Honorable Marvin Day, Craighead County Judge, of Jonesboro is appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2022. The Honorable John Montgomery, Baxter County Sheriff, of Mountain Home is appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2024. The court extends its appreciation to these new members for their willingness to serve on this important committee.

The court also expresses its gratitude to the following outgoing members, The Honorable Gordon "Mack" McCain, The Honorable Butch Hale, Doug Smith, and Former Mayor Harold Perrin, for their years of valuable service to this committee.